AO 10*
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Milazzo, Jane T. | United States District Court, Eastern District of Louisiana | 07/17/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination   Date <br> ☐ Initial   ✔ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

500 Poydras Street, Room C-206
New Orleans, Louisiana 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 10/02/20 | Sales of inherited land at cost basis to a ██████. | $13,799.00 |
| 2. 2020 | Remuneration for participation in an Ochsner Foundation clinical study. | $1,310.00 |
| 3. 2020 | Net Settlement for damages to undeveloped property owned by multiple parties. | $35,385.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | U.S. FEDERAL CREDIT UNION, RETIREMENT BENEFITS FOR SPOUSE |
| 2. 2020 | New York Life Insurance Company pension payment for spouse. |
| 3. 2020 | Voyaa Retirement Insurance and Annuity for Spouse. |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/17/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Campus Federal Credit Union Checking / Savings Accounts | A | Interest | K | T | | | | | |
| 2. Driehaus Mut Fd Emerg Mkt Gro | A | Dividend | K | T | | | | | |
| 3. Schwab Cap Laudus Intl MK Master | D | Dividend | M | T | | | | | |
| 4. Royce Opportiunity Fund | A | Dividend | K | T | | | | | |
| 5. Vanguard Index Fd Sml Cp Grw Inv | B | Dividend | N | T | | | | | |
| 6. SPDR S&P 500 Trust | B | Dividend | M | T | | | | | |
| 7. MetLife Universal Life Cash Surrender Value | A | Dividend | K | T | | | | | |
| 8. SPDR Global Real Estate ETF | A | Dividend | K | T | Sold (part) | 04/17/20 | K | | |
| 9. Chemours Company | A | Dividend | J | T | | | | | |
| 10. Baron Emerging Market Retail | A | Dividend | K | T | Sold (part) | 12/04/20 | K | | |
| 11. START LA Account | A | Int./Div. | J | T | | | | | |
| 12. Start LA Acct 1-529 Plan -1- Vanguard Age Based | A | Int./Div. | K | T | | | | | |
| 13. Start LA Acct 2-529 Plan -1- Vanguard Age Based | A | Int./Div. | J | T | | | | | |
| 14. Start LA Acct 3-529 Plan -1- Vanguard Age Based | A | Int./Div. | J | T | | | | | |
| 15. Start LA Acct 4-529 Plan -1- Vanguard Age Based | A | Int./Div. | J | T | | | | | |
| 16. ING Fixed Account | A | Int./Div. | K | T | | | | | |
| 17. American Movil SA De CV ADR | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  AT&T | A | Dividend | J | T | | | | | |
| 19.  Capital One Financial Corp | A | Dividend | K | T | | | | | |
| 20.  Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 21.  Chevron Corp | A | Dividend | J | T | Sold<br>(part) | 01/05/20 | J | | |
| 22.  Legg Mason Western Asset Core Fund | B | Dividend | L | T | Buy<br>(add'l) | 09/29/20 | K | | |
| 23.  Comcast Corp Cl A | A | Dividend | J | T | | | | | |
| 24.  Ford Motor Co | A | Dividend | J | T | | | | | |
| 25.  Gatx Corp | A | Dividend | J | T | | | | | |
| 26.  General Electric Co | A | Dividend | K | T | Sold<br>(part) | 10/05/20 | J | | |
| 27.  GlaxoSmithkline PLC | A | Dividend | J | T | | | | | |
| 28.  Home Depot | B | Dividend | L | T | | | | | |
| 29.  McDonalds | A | Dividend | K | T | | | | | |
| 30.  Merck & Co. Inc., New | A | Dividend | J | T | | | | | |
| 31.  Dupont de Nemours | A | Dividend | K | T | | | | | |
| 32.  Pepsico, Inc. | A | Dividend | J | T | | | | | |
| 33.  Proctor & Gamble | A | Dividend | J | T | | | | | |
| 34.  Corteva Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Milazzo, Jane T.** | 07/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Texas Instruments, Inc. | A | Dividend | J | T | | | | | |
| 36. Tredegar Industries | B | Dividend | L | T | | | | | |
| 37. Verizon | A | Dividend | J | T | | | | | |
| 38. Allstate Corp. | A | Dividend | J | T | | | | | |
| 39. Archer Daniels Midland Co. | A | Dividend | J | T | | | | | |
| 40. Valaris PLC (PKA Ensco Rowan) | A | Dividend | | | Sold | 10/01/20 | J | | |
| 41. WABTEC (PKA GE Transportation) | A | Dividend | | | Sold | 10/07/20 | J | | |
| 42. Arthur Gallagher & Co. | A | Dividend | L | T | | | | | |
| 43. Hancock Holdings Co. | A | Dividend | J | T | | | | | |
| 44. IBM | A | Dividend | J | T | | | | | |
| 45. J.P. Morgan Chase | A | Dividend | J | T | | | | | |
| 46. Microsoft | A | Dividend | J | T | | | | | |
| 47. Rockwell Automation | A | Dividend | J | T | | | | | |
| 48. JP Morgan Large Cap Growth | C | Dividend | L | T | Sold<br>(part) | 09/04/20 | K | | |
| 49. Time Warner Inc. New | A | Dividend | J | T | | | | | |
| 50. UBS Group AG | A | Dividend | J | T | | | | | |
| 51. Wal-Mart Stores, Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Milazzo, Jane T. | 07/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Walt Disney Co | A | Dividend | J | T | | | | | |
| 53.  Yum Brands | A | Dividend | J | T | | | | | |
| 54.  Yum China Holdings (X) | A | Dividend | J | T | | | | | |
| 55.  T. Rowe Price Inst Mid-Cap Equity Growth | D | Dividend | M | T | | | | | |
| 56.  Guggenheim Total Return Bond Fund | C | Dividend | L | T | Buy | 09/29/20 | J | | |
| 57. | | | | | | | | | |
| 58.  Vanguard Total World Fund ETF | C | Dividend | M | T | Sold<br>(part) | 09/18/20 | K | | |
| 59.  Vanguard CRSP US Small Cap Value Ind | A | Dividend | K | T | | | | | |
| 60.  Ishares Trust Min Vol EAFE ETF | A | Dividend | K | T | | | | | |
| 61.  Ishares Trust Min Vol EAFE ETF | A | Dividend | K | T | Sold<br>(part) | 09/25/20 | J | | |
| 62.  Ishares Trust Min Vol EAFE ETF | A | Dividend | K | T | Sold<br>(part) | 10/24/20 | J | A | |
| 63.  Fidelity Funds New Markets Inc. | A | Dividend | J | T | | | | | |
| 64.  J.P. Morgan Strategic Income Opportunity Fund Select | A | Dividend | | | Sold | 09/30/20 | K | | |
| 65.  T. Rowe Price Value Fund | A | Dividend | K | T | | | | | |
| 66.  Thornburg LTD-Term Inc Instl | C | Dividend | L | T | | | | | |
| 67.  Amazon Company, Inc. | A | Dividend | M | T | | | | | |
| 68.  Alphabet, Inc. CL C | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Milazzo, Jane T.** | 07/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Alphabet Inc. CL A | A | Dividend | M | T | | | | | |
| 70. | | | | | | | | | |
| 71. Vanguard Int'l Bond Index ETF | A | Dividend | K | T | | | | | |
| 72. IShares Edge MSCI MIN VOL USA ETF | B | Dividend | M | T | | | | | |
| 73. Vanguard CRSP US Large Cap Value Ind | A | Dividend | K | T | | | | | |
| 74. | | | | | | | | | |
| 75. Property # 2, Napoleonville, LA | | None | J | W | | | | | |
| 76. Property # 4, Napoleonville, LA | | None | J | W | | | | | |
| 77. Property # 5, Napoleonville, LA | | None | J | W | | | | | |
| 78. | | | | | | | | | |
| 79. Vanguard Inflation - Protected Sec Admiral | A | Dividend | K | T | | | | | |
| 80. Edward Jones MM Cash Account | A | Int./Div. | L | T | | | | | |
| 81. TDAM Municipal Portfolio Class A Cash | A | Int./Div. | J | T | | | | | |
| 82. FDIC InsuredDeposit Account Cash | A | Interest | J | T | | | | | |
| 83. Origin Bank MM | A | Interest | J | T | | | | | |
| 84. Bossier Parish LA Sch Dist GO due 3/01/34 | A | Interest | K | T | | | | | |
| 85. Charles Schwab MM (X) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Milazzo, Jane T.** | 07/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Tesla Motors, Inc. (X) | A | Dividend | | | Sold | 10/01/20 | L | F | |
| 87. Calamos Evolving World Growth A (X) | A | Dividend | J | T | | | | | |
| 88. Petroquest Energy, LLC Royalty Interest (X) | A | Royalty | J | W | | | | | |
| 89. | | | | | | | | | |
| 90. Baron Emerging Market Fund, Instl | A | Dividend | | | Sold | 12/03/20 | K | | |
| 91. DFA Real Estate Securities Portfolio | | None | K | T | | | | | |
| 92. DFA International Real Estate | | None | K | T | | | | | |
| 93. DFA US Large CAP Value | | None | L | T | | | | | |
| 94. DFA Emerging Market Small CAP | | None | K | T | | | | | |
| 95. DFA US Small Cap Value | | None | M | T | | | | | |
| 96. DFA Int'L Small Company Portfolio | | None | L | T | | | | | |
| 97. DFA Emerging Market Core Equity | | None | K | T | | | | | |
| 98. DFA US Large Company Portfolio Inst | | None | L | T | | | | | |
| 99. Vanguard Short Term Bond Fund | A | Dividend | J | T | | | | | |
| 100. Dodge & Cox Income Fund | C | Dividend | K | T | Buy<br>(add'l) | 09/30/20 | J | | |
| 101. Meridian Resources, Royalties (x) | D | Royalty | K | W | | | | | |
| 102. Undeveloped property in Assumption Parish, Louisiana | E | Royalty | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/17/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane T. Milazzo**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544